Steven M. Cowley (admitted *pro hac vice*)
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, MA 02110-1724
Tel: 857.488.4200
Fax: 857.401.3090
E-mail: SMCcowley@duanemorris.com

Holden Benon (SBN 325847)
Bridget S. Cho (SBN 325844)
**DUANE MORRIS LLP**
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3018
Fax: +1 415 957 3001
E-mail: HBenon@duanemorris.com
          BSCho@duanemorris.com

Attorneys for Plaintiffs,
TOM HUSSEY PHOTOGRAPHY, LLC and TOM
HUSSEY

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

12/3/2021

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM HUSSEY PHOTOGRAPHY, LLC and TOM HUSSEY,<br><br>Plaintiffs,<br><br>v.<br><br>FAMILY MATTERS IN-HOME CARE LLC,<br><br>Defendant. | Case No. 4:20-cv-08197-YGR<br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>Judge: Yvonne Gonzalez Rogers<br>Complaint Filed: November 11, 2020<br>Trial Date: |
| FAMILY MATTERS IN-HOME CARE LLC,<br><br>Third Party Plaintiff,<br><br>v.<br><br>JAMES BOWEN, RIPEN DIGITAL LLC, and ROES 1-25<br><br>Third Party Defendants. | |

DM2\15007616.1

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Tom Hussey Photograph, LLC and Tom Hussey, Defendant and Third Party Plaintiff Family Matters In-Home Care LLC and Third Party Defendants James Bowen and Ripen Digital LLC hereby jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal of the above-captioned action in its entirety, including all claims, counterclaims and third-party claims, with prejudice.  Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: December 3, 2021

**DUANE MORRIS, LLP**

By: */s/  Steven M. Cowley*
    Steven M. Cowley
    Holden Benon
    Bridget S. Cho

*Attorneys for Plaintiffs Tom Hussey Photography, LLC and Tom Hussey*

**ERICKSEN ARBUTHNOT**

By: */s/ Sharon L. Hightower*
    Sharon L. Hightower
    Laura E. Malkofsky

*Attorneys for Defendant and Third Party Plaintiff Family Matters In-Home Care LLC*

**TURNBOW LAW FIRM**

By: */s/ C. William Turnbow*
    C. William Turnbow

*Attorneys for Third Party Defendants James Bowen and Ripen Digital LLC*